UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 08-cv-01231-MSK-MEH

ROBERT BARELA; JOHN FELDMAN,

        Plaintiffs,

vs.

EXPERT-24, INC., a Delaware corporation;
EXPERT-24, LTD., a United Kingdom company;
IAN SPECTOR; MARCI THIEL.

        Defendants.
_____

### ORDER OF REMAND
_____

THIS MATTER comes before the Court on the Stipulated Motion to Remand to State Court (Motion) **(#35)** filed by the parties on September 10, 2008. The Court, having read the Motion and being otherwise advised, hereby ORDERS that such Motion is GRANTED. The matter is hereby Remanded to the Jefferson County District Court and the Parties shall take all necessary steps to effect the Remand.

DATED this 11th day of September, 2008.

                                              BY THE COURT:

                                              _____

                                              Marcia S. Krieger
                                              United States District Judge